1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, THOMAS GERTH

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE NO. 6:07-mj-00069-WMW |
| Plaintiff, ) | |
| ) | MOTION SEEKING PROBATION |
| ) | MODIFICATION AND |
| ) | ORDER |
| vs ) | |
| ) | |
| THOMAS GERTH, ) | |
| ) | |
| Defendant. ) | |

Defendant, THOMAS GERTH, requests that the Court modify the existing terms of his probation. Mr. Gerth was an employee of the Wawona Hotel. The hotel has closed for the winter and Mr. Gerth is currently unemployed. To date, he has been unsuccessful in obtaining other employment. One of the terms of his probation was that he was to pay $75 per month toward a total fine of $750. Mr. Gerth made the first payment which was due on December 28, 2007. Due to his current unemployment, he will be unable to make additional payments until he becomes employed again. Mr. Gerth is certain that he will regain his position at the Wawona

///
///
///
///
///

1 Hotel in April, 2008 when it reopens.  He is requesting that the Court suspend his payments for
2 the months of January, February and March, 2008 and permit him to resume the payments in
3 April, 2008 when he resumes work at the Wawona Hotel.  The total fine amount would remain
4 the same.
5 Dated: January 24, 2008

By: /s/ Carol Ann Moses
   CAROL ANN MOSES
   Attorney for Defendant,
   THOMAS GERTH

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to Modify Probation terms for Defendant, THOMAS GERTH, HEREBY ORDERS AS FOLLOWS:

1. Defendant, THOMAS GERTH, shall be permitted to suspend his fine payments for the months of January, February, and March, 2008 and resume the monthly payments in April, 2008. The total fine amount shall remain the same.

IT IS SO ORDERED.

Dated:   January 28, 2008                                         /s/ William M. Wunderlich
                                                                  UNITED STATES MAGISTRATE JUDGE

3